

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00170-CV

**ANDERSON ENERGY CORPORATION** and Ellersly, Inc.,
Appellants/Cross-Appellees

v.

**DOMINION OKLAHOMA TEXAS EXPLORATION & PRODUCTION, INC.**
and HighMount Exploration & Production Texas, LLC,
Appellees/Cross-Appellants

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 0005419
Honorable Pedro Gomez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE that portion of the trial court's judgment as to the meaning of the Contract Area and as to the duration of the Joint Operating Agreement, and we RENDER judgment that the Contract Area includes interests acquired by the parties and by their successors after the execution date of the Joint Operating Agreement and that the Joint Operating Agreement is effective for a reasonable term. We AFFIRM the portion of the trial court's judgment denying summary judgment for HighMount on its affirmative defenses, and we REMAND to the trial court for further proceedings consistent with our opinion, including a determination of what period of time constitutes a reasonable term for the Joint Operating Agreement.

It is ORDERED that appellants/cross-appellees Anderson Energy Corporation and Ellersly, Inc. recover their costs of appeal from appellees/cross-appellants Dominion Oklahoma Texas Exploration & Production, Inc. and HighMount Exploration & Production Texas, LLC.

SIGNED June 30, 2015.

_____
Rebeca C. Martinez, Justice